UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRANDON BRANTLEY, ) | |
| ) | |
| Plaintiff, ) | Judge Amy J. St. Eve |
| ) | |
| v. ) | Case No.: 1:16-cv-05469 |
| ) | |
| CREDIT ONE FINANCIAL a/k/a ) | Magistrate Judge Mary M. Rowland |
| CREDIT ONE BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

**CREDIT ONE BANK, N.A.'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Defendant, Credit One Bank, N.A. ("Credit One"), through counsel, and pursuant to 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby submits its Amended Corporate Disclosure Statement and Notification as to Affiliates and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation."

2. Credit One Bank, N.A. is wholly owned by Credit One Financial. Credit One Financial is privately held. No publicly held company owns five percent or more of Credit One Financial.

Dated: September 21, 2016.

1

Respectfully submitted,

*/s/ Morgan I. Marcus*
James K. Schultz
Daniel W. Pisani
Morgan I. Marcus
Sessions Fishman Nathan & Israel
120 South LaSalle Street, Suite 1960
Chicago, Illinois 60603-3651
Telephone: (312) 578-0990
Facsimile: (312) 578-0991
E-mail: jschultz@sessions.legal
 dpisani@sessions.legal
 mmarcus@sessions.legal

*Attorneys for Defendant,*
*Credit One Bank, N.A.*

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of September 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                         */s/ Morgan I. Marcus*

                         *Attorneys for Defendant*
                         *Credit One Bank, N.A.*